IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| NICHOLAS OGBURN, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| VS. | : | |
| | : | CIVIL ACTION: 5:16-CV-345 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

### ORDER

Petitioner Nicholas Ogburn, an inmate confined at the United States Penitentiary in Atlanta, Georgia, has filed a 28 U.S.C. § 2255 motion in which he seeks to challenge his criminal conviction in this Court. Petitioner's pleading should have been filed in his federal criminal case rather than as a separate civil action. It is thus **ORDERED** that the present case be administratively **CLOSED** and that Petitioner's application for federal habeas relief be filed as a motion in his criminal case: *United States v. Ogburn*, No. 5:14-cr-0050-MTT-CHW-5. The motion shall be deemed filed the same date as his initial pleading in this action.

**SO ORDERED**, this 16th day of August, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE